ALEXANDRE SAFFIAN, Appellant, v. K. FRED NETTER et al., Respondents.— In view of the long period in which the action was pending, there is no satisfactory proof that the facts alleged as newly discovered evidence could not have been discovered during the years the case was pending. Moreover, if the alleged newly discovered evidence had been produced, it is not reasonably likely that it would have changed the result. Order unanimously affirmed. Judgment unanimously affirmed, with costs. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

INTERSTATE DRESS CARRIERS, INC., Respondent, v. PALOMA FROCKS, INC., Appellant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

INTERSTATE DRESS CARRIERS, INC., Respondent, v. LUGAY FROCKS, INC., Appellant.— Determination unanimously affirmed, with costs to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

■

In the Matter of RALPH GOLDMARK et al., Appellants, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and BANK OF NEW YORK TRUST COMPANY, Intervener-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

■

In the Matter of ARNOLD SCHILDHAUS, Appellant, against JOHN MURTAGH, as Chief Magistrate of the Magistrate's Court of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.; Callahan, J., taking no part.

■

FRANK DULA, Respondent, v. CONTINENTAL CASUALTY COMPANY et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

■

In the Matter of ANGELO J. PARETTA, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.

■

In the Matter of MARGARET McGOWAN, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent, and JENNIE WEBER et al., Interveners-Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Present — Peck, P. J., Cohn, Callahan, Breitel and Botein, JJ.